



## MEMORANDUM OPINION

No. 04-11-00309-CV

Carole **SMOYER-DIETRICH**,
Appellant

v.

Howard R. **DIETRICH**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-16596
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  July 13, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The appellee was served with a copy of appellant's motion; the appellee has not filed a response.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of this appeal are taxed against the appellant.  *See id.* 42.1(d).

PER CURIAM